THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER YOUNG, Appellant. (Appeal No. 2.) [639 NYS2d 760]

Present—Lawton, J. P., Fallon, Doerr, Balio and Davis, JJ.